RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6365**CR-DIMITROULEAS

18 USC 1542
18 USC 1621

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

JULIET SHAW,

Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about March 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

JULIET SHAW,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was born in the State of Tennessee, when in truth and in fact, and as the defendant then and there well knew, she was not born in the State of Tennessee; in violation of Title 18, United States Code, Section 1542.

### COUNT II

On or about March 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

JULIET SHAW,

having duly taken an oath, before Mr. Jose Neptaly Barquero, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which she then and there did not believe to be true, in that she stated under oath as aforesaid that she was born in the State of Tennessee, when in truth and in fact and as the defendant then and there well knew,

she was not born in the State of Tennessee; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JULIET SHAW | **Superseding Case Information**: |

**Court Division:** (Select One)

\_\_ Miami  \_\_ Key West
X  FTL  \_\_ WPB  \_\_ FTP

New Defendant(s)  Yes \_\_  No \_\_
Number of New Defendants  \_\_
Total number of counts  \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | X |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes  X  No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                             REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: JULIET SHAW**          Case No. _____

Count #: **1**

**False Statement in Application for U.S. Passport**

**Title 18, United States Code, Section 1542**

**\*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

===============================================================

Count #: **2**

**Perjury**

**Title 18, United States Code, Section 1621**

**\*Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

===============================================================

Count #:

**\*Max. Penalty:**
===============================================================
Count #:


**\*Max. Penalty:**
===============================================================
Count #:


**\*Max. Penalty:**
===============================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**          10/9/98

No. 04436

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

JULIET SHAW

### INDICTMENT

18 USC §1542
18 USC §1621

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____