# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JULIET SHAW

**WARRANT FOR ARREST**

CASE NUMBER: **00-6365**

**CR - DIMITROULEAS**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JULIET SHAW__

Name    MAGISTRATE JUDGE
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542 & 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_Signature of Issuing Officer_

__DECEMBER 19, 2000, FORT LAUDERDALE, FLORIDA__
Date and Location

Bail fixed at $ 25,000 Corporate
Surety cord

**BARRY S. SELTZER**
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest