# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JULIET SHAW

## WARRANT FOR ARREST

CASE NUMBER: **00-6365**

CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JULIET SHAW__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542 & 1621__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

DECEMBER 19, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ 25,000 Corporate Surety Bond

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. TAssone, U.S. Marshal Southern District of FLorida | SIGNATURE OF ARRESTING OFFICER  Glenn Morgan, ASDUSM |
|---|---|---|
| DATE OF ARREST 1/17/01 | | |

AO 442 (Rev. 12/85) Warrant for Arrest