UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55613-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6365-CR-WPD
                           ) REPORT COMMENCING CRIMINAL
   -vs-                  )       ACTION

JULIET SAAN
            Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 01/16/01    1715 am/(pm)

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: PASSPORT FRAUD 18 USC 1542
                                         PERJURY          ,  " 1621

(4)  U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 7/13/60

(6)  Type of Charging Document:  (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# 00-6365

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SDF

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7)  Remarks:

(8)  Date:            (9) Arresting Officer:

(10) Agency:                  (11) Phone:

(12) Comments:

