## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JULIET SHAW (J) | CASE NO: | 00-6365-CR-DIMITROULEAS |
| AUSA: | ROGER POWELL / pres | ATTY: | |
| AGENT: | JEFF HICKS | VIOL: | 18:1542 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 25,000 CSB |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | 25,000 PSB | To be cosigned by: | |

FILED by ___ D.C.
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of charges
sworn for appt
of counsel

Deft to retain
Counsel

Reset for IRC

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1-19 | 12 | Snow | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 1-19 | 12 | Snow | |
| STATUS CONFERENCE: | | | | |

DATE: 1/17/01    TIME    11:00    FTL/LSS TAPE # 01 - 005    Begin: 24/17    End: 2769

