UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6365-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JULIET SHAW,

        Defendant.

_____/

## NOTICE OF APPEARANCE

ABE A. BAILEY, ESQ. hereby enters his Notice of Appearance as the attorney of record for defendant, JULIET SHAW. Defendant respectfully requests, pursuant to Rule 49 of the **Federal Rules of Criminal Procedure** and as directed by said rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar papers of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon his attorney at the address set forth below.

Respectfully Submitted,

ABE A. BAILEY, P.A.
18350 N.W. 2nd Avenue, Suite 500
Miami, Florida 33169
(305) 653-8860/61

By:_____
ABE A. BAILEY, ESQUIRE



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

has been sent by U.S. Mail to the United States Attorney's Office,

299 East Broward Boulevard, Fort Lauderdale, Florida on this _18th_

day of _January_ , 2001.

_____
ABE A. BAILEY, ESQUIRE