## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JULIET SHAW (B)  
AUSA: ROGER POWELL  
AGENT:  
PROCEEDING: INQUIRY RE COUNSEL / ARRAIGNMENT  
BOND HEARING HELD - yes / no  
BOND SET @:  

CASE NO: 00-6365-CR-DIMITROULEAS  
ATTY:  
VIOL:  
RECOMMENDED BOND:  
COUNSEL APPOINTED:  
To be cosigned by:  

*FILED JAN 19 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Deft states Abe Bailey has been retained (not present)

re-set for arraignment

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL: 1-24    11    BSS  
STATUS CONFERENCE:  

DATE: 1/19/01    TIME: 11:00    FTL/LSS TAPE # 01 - 007    Begin: 434    End: 480