COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Juliet Shaw (B)     CASE NO: 00-6365-CR-Dimitrouleas

AUSA: Roger Powell /Buck Brown     ATTNY: Abe Bailey  present

AGENT:     VIOL:

PROCEEDING: Arraignment     BOND REC:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by INTAKE D.C.
JAN 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Std. Jury Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: ✓
STATUS CONFERENCE: 2-8-01 ✓    11:00am    LSS

DATE: 1-26-01    TIME: 11:00am    TAPE # 01-004   PG # 5
2250-2270