FILED by _____ D.C.
INTAKE

**JAN 2 6 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6365-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Juliet Shaw

<u>ARRAIGNMENT INFORMATION SHEET</u>

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on     1-26-01     , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and  .retained     /X̶X̶X̶X̶X̶X̶ed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                    Address:____On Bond_____

_____

Telephone:_____

DEFENSE COUNSEL:              Name:_____Abe Bailey_____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:       $_____Comt'd on bond as set_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this____26____day of _____January_____, 20__01__.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
          Deputy Clerk

Tape No.____01-004____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

