HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CORNEX THOMPSON (no deft)_____ CASE NO: __01-6005-CR-Dimitrouleas__

AUSA __Roger Stefin__ *by Jeffrey Kay*_____ ATTY __Samuel Smargon_____

- Discovery Complete
- possible plea  — motions due 2/22/01
- 3 days to try

Tape Number 01-010A (855-905)

DEFT __JULIET SHAW (no deft.)_____ CASE NO: __00-6365-CR-Dimitrouleas__

AUSA __Roger Powell_____ ATTY __Abe Bailey_____

01-010A (996-1023)

- Discovery Complete
- possible plea
- 2 Days to try

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DATE __February 8, 2001_____ TIME __11:00 A.M._____

