UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6365-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,          :

          Plaintiff,          :

v.          :

JULIET SHAW,          :

          Defendant.          :

FILED by _____ X _____ D.
FEB - 9 2001

## STATUS REPORT

A status conference was held in this cause on February 8, 2001. At that conference, the parties informed the Court as follows:

    1.  Discovery has been provided.

    2.  This case will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _9th_ day of February, 2001.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Abe Bailey, Esq.

