UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6365-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JULIET SHAW,

        Defendant.
_____/



## MOTION TO CONTINUE CHANGE OF PLEA

COMES NOW the Defendant, JULIET SHAW by and through undersigned counsel files this Motion To Continue Change of Plea and can show as follows:

1. That Change of Plea is scheduled for February 21, 2001.

2. That Counsel is scheduled for a Deposition on a Criminal case in Tallahassee, Florida on February 20 and February 21, 2001 in the case State vs. Christopher Mairs.

3. That on the State vs. Christopher Mairs case, the Deposition date was coordinated with the State Attorney in Tallahassee, and travel arrangements were previously made.

4. That the Mairs case is scheduled for Trail in March, 2001 and there are a number of witnesses and officers in Tallahassee to be deposed.

5. That the United States Attorney's Office was advised of this Motion and will not be prejudiced because of this delay.



6. That this motion is made in good faith, and not for the purpose of delay.

WHEREFORE, for the foregoing reasons, it is respectfully prayed that an Order be issued granting a continuance of Change of Plea.

Respectfully Submitted,

ABE A. BAILEY, P.A.
18350 N.W. 2nd Avenue, Suite 500
Miami, Florida 33169
(305) 653-8860

By:_____
     ABE A. BAILEY, ESQUIRE
     FBN: 0480398

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to Roger Powell, AUSA at the United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida on this \_\_\_\_ day of \_\_February\_\_, 2001.

_____
ABE A. BAILEY, ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6365-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIET SHAW,

    Defendant.

_____/

ORDER

THIS CAUSE came before the Court upon Defendant's Motion To Continue Change of Plea.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby _____.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida on this _____ day of _____, 2001.

                                     _____
                                     UNITED STATES DISTRICT JUDGE

Copies furnished:

Abe A. Bailey, Esquire
Roger Powell, AUSA