UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6365-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIET SHAW,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court upon Defendant's Motion To Continue Change of Plea.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby *Granted. The Change of Plea is reset for February 26, 2001 at 1:00 PM.*

DONE AND ORDERED in chambers at Fort Lauderdale, Florida on this _15_ day of _February_, 2001.

                              _____
                              UNITED STATES DISTRICT JUDGE

Copies furnished:

Abe A. Bailey, Esquire
Roger Powell, AUSA

*Faxed as Envelopes not provided as Required*