## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6365-CR-WPD   DATE: February 26, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Juliet Shaw

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Ole Bailey

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to plead guilty to Count 1. Gov't agrees to dismiss Count 2 at time of sentencing.

CASE CONTINUED TO: 5/18/01   TIME: 11:00   FOR: Sentencing
MISC: Written plea agreement filed.

