UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6365-CR-DIMITROULEAS

FILED by _____ D.C.

MAR 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIET SHAW,

    Defendant.

_____/

### ORDER ON MOTION TO ENABLE PROBATION DEPARTMENT
### TO VERIFY DEFENDANT JULIET SHAW'S EMPLOYMENT BY USING PAY STUBS

THIS CAUSE is before the Court upon the Defendant's Motion To enable Probation Department to verify her employment by using pay stubs. (DE-23)

After a careful review of the pleadings and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's motion is hereby ___Denied___ .

DONE AND ORDERED in Chambers at the United States District Courthouse, Fort Lauderdale, this _15_ day of _March_ 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Abe A. Bailey, Esquire
Roger Powell, AUSA
U.S. Probation Office

