**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER 00 -6365-CR-WPD DATE: May 18, 2001

Anita Rakacca

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: ~~Bob Ryckoff~~

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Juliet Shaw

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: Abe Bailey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
3 years Probation. $500 Fine, $100 Assessment
50 hours (per year) of Community Service while
on Probation
If ordered deported the deft shall remain
outside the United States
Fine to be paid over the 3 years of probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft Informed of Right to Appeal.