# United States District Court
## Southern District of Florida
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |
| JULIET SHAW | **Case Number: 00-6365-CR-WPD** |
| | Counsel For Defendant: Abe Bailey, Esq. |
| | Counsel For The United States: Roger Powell, AUSA |
| | Court Reporter: Anita LaRocca |

**THE DEFENDANT:**

[X] pleaded guilty to count(s)  ONE

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.

MAY 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1542 | Making a False Statement in an Application for a Passport | 3/6/2000 | ONE |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s) 2 (Is) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **7/13/1960**
Defendant's USM Number: **55613-004**

Defendant's Residence Address:
9221 NW 14th Court

Pembroke Pines, FL 33024

Defendant's Mailing Address:
9221 NW 14th Court

Pembroke Pines, FL 33024

May 18, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/21/01

Date: May 21, 2001

No action required by
U.S. Marshals Service

James A. Tassore
U.S. MARSHAL

Ed Purchase SDUSM